1050

[Nos. 58861-3-I; 60269-1-I.   Division One.   April 7, 2008.]

BRAD MARTIN ET AL., *Respondents*, v. CHRISTOPHER FARRELL ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 04-2-35280-1, Michael Heavey, J., entered August 25, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59792-2-I.   Division One.   April 7, 2008.]

DAVID W. HICK, *Appellant*, v. KING COUNTY SHERIFF ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-19078-7, Gregory P. Canova, J., entered March 29, 2007. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Agid and Leach, JJ.

[No. 59822-8-I.   Division One.   April 7, 2008.]

ELIZABETH SPOKOINY, *Appellant*, v. RICARDO GUARNERO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-06331-7, Richard D. Eadie, J., entered March 12, 2007. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, C.J., and Cox, J.

[No. 59906-2-I.   Division One.   April 7, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. HAVILAH L. WIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03221-3, Richard D. Eadie, J., entered March 27, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.